# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 2, 2021

## NO. 03-21-00417-CV

**James Construction Group, LLC, Appellant**

**v.**

**Ola Pennington, Individually and as Representative of the Estate of Markeith Stokes, Deceased; Markeith Pleasant; Micha Pleasant; Malik Pleasant; Malcolm Stokes; and Andrew Stokes, Appellees**

### APPEAL FROM THE 146TH DISTRICT COURT OF BELL COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, AND SMITH
### DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE GOODWIN

This is an appeal from the interlocutory order signed by the trial court. James Construction Group, LLC has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.